# IN THE SUPREME COURT OF THE STATE OF NEVADA

SATICOY BAY, LLC, SERIES 9937 LA
PACA AVENUE,

Appellant,

vs.

U.S. BANK NATIONAL ASSOCIATION,
NOT IN ITS INDIVIDUAL CAPACITY,
BUT SOLELY AS TRUSTEE OF OWS
REMIC TRUST 2013-2; PECCOLE
RANCH COMMUNITY ASSOCIATION;
AND NEVADA ASSOCIATION
SERVICES,

Respondents.

No. 81665

**FILED**

JUL 14 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Kenneth C. Cory, District Judge
William Turner, Settlement Judge
Roger P. Croteau & Associates, Ltd.
Brandon E. Wood
McCalla Raymer Leibert Pierce, LLP
Leach Kern Gruchow Anderson Song/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

21-20323